UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JULIE KAMPS,                                    :

                    Plaintiff,                  :           ORDER

          -against-                             :           09 Civ. 10392 (RMB)(KNF)

FRIED, FRANK, HARRIS,                           :
SHRIVER & JACOBSON LLP, ET AL.,
                                                :
                    Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The defendants made an application for an enlargement, by sixty (60) days, of the time

for the parties to complete expert discovery. The plaintiff does not oppose the application.

Therefore, the application is granted. The defendants also applied to the Court for an order

directing the plaintiff to appear for, and submit to, an examination, pursuant to Fed. R. Civ. P.

35. According to the defendants, the plaintiff has demanded that they "pay for [her] travel from

California to New York and for her lodging accommodations while in New York" for the

examination. The plaintiff must attend the Fed. R. Civ. P. 35 examination in New York at her

own expense. The parties shall confer in order to determine a mutually convenient date for the

examination. Should the parties be unable to agree upon a date, they should advise the Court and

the Court will select a date for the examination.

Dated: New York, New York              SO ORDERED:
       September 28, 2010

                                       _____
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE