UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JULIE KAMPS, : | |
| Plaintiff, : | **ECF CASE** |
| vs. : | |
| : | |
| FRIED, FRANK, HARRIS, : | Civ. 09-cv-10392 (RMB-KF) |
| SHRIVER & JACOBSON LLP, : | |
| VALERIE FORD JACOB, : | |
| JUSTIN SPENDLOVE, : | |
| WILLIAM MCGUINNESS, : | |
| JANICE MAC AVOY, DAVID : | |
| HENNES, and DOES 1-100, : | |
| : | |
| Defendants. : | |

---

### AFFIRMATION OF SERVICE

I, HARRIS M. MUFSON, certify that I caused a copy of Defendants' Reply Memorandum of Law In Further Support of Defendants' Motion for a Protective Order and in Opposition to Plaintiff's Request to Reopen Depositions as well as the affirmation of Steven D. Hurd dated October 18, 2010 with exhibits attached thereto to be served on October 18, 2010 by overnight delivery, on the following:

Daryl Earl Davis, Esq.
Doman Davis LLP
66 Main Street, Suite 511
Yonkers, NY 10701

Dated: New York, New York
October 18, 2010

_____
Harris M. Mufson